MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for Plaintiff/Counter/Cross-Defendant, Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; BOULDER CREEK HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation; and DOES I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00703-MMD-GWF<br><br>**SUBSTITUTION OF COUNSEL FOR NATIONSTAR MORTGAGE LLC** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross-Claimant,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; LASALLE BANK, N.A. as trustee for MLMI TRUST SERIES 200-AHL1, a national association; HOUSEHOLD FINANCE REALTY CORPORATION OF NEVADA, a Delaware corporation; ADRIAN OCAN, an individual; MERCEDES OCAN, an individual,<br><br>Counter/Cross-Defendants. | |

42369890;1
44059762;1

Plaintiff/Counter/Cross-Defendant Nationstar Mortgage LLC hereby consents to the substitution of Melanie Morgan, Esq. and Thera A. Cooper, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

DATED this 15 day of February, 2018.

NATIONSTAR MORTGAGE LLC

By: _Edward Hynes_

Its: SENIOR ASSISTANT SECRETARY OF LITIGATION SUPPORT AND RESOLUTION ANALYST

Dana J. Nitz, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie Morgan, Esq. and Thera A. Cooper, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff Plaintiff/Counter/Cross-Defendant Nationstar Mortgage LLC.

DATED this 27 day of February, 2018.

WRIGHT, FINLAY & ZAK, LLP

DANA J. NITZ, ESQ.
Nevada Bar No. 000050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

Melanie Morgan, Esq. and Thera A. Cooper, Esq. of the law firm AKERMAN LLP consent to substitution as counsel of record for Plaintiff/Counter/Cross-Defendant Nationstar Mortgage LLC.

DATED this 8 day of February, 2018.

AKERMAN LLP

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

2

43766585;1

## ORDER

IT IS SO ORDERED:

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

DATED: February 20, 2018

44059762;1